**IN THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

ROBERTO VARGAS

        Plaintiff(s)

v.

CONCENTRIC ROCKFORD, INC.

        Defendant(s)

Case No. 3:26-cv-50045

## MOTION TO WITHDRAW ATTORNEY APPEARANCE FOR CONCENTRIC ROCKFORD, INC.

Defense counsel, Katherine A. Rodosky, respectfully requests leave to withdraw as counsel for the Defendant. In support thereof the Defendant states:

1.    Ms. Rodosky currently represents the Defendant in this matter.

2.    On March 19, 2026 Ms. Rodosky entered her appearance for the Defendant.

3.    Ms. Rodosky is leaving Schueler, Dallavo & Casieri for a different firm.

4.    Attorney Anthony Tomari from Schueler, Dallavo & Casieri has filed his appearance as lead counsel for the Defendant in this matter.

5.    Ms. Rodosky's withdrawal will not hinder the development of this matter nor leave the Defendant without counsel.

Wherefore, Ms. Rodosky requests leave to withdraw her Appearance on behalf of Concentric Rockford, Inc., *instanter* and remove her from the ECF system.

Respectfully submitted,

**SCHUELER, DALLAVO & CASIERI**

By: /s/ *Katherine A. Rodosky*

Katherine A. Rodosky

Schueler, Dallavo & Casieri
525 W. Monroe Street, Suite 1530
Chicago, IL 60661
(312) 831-1090
krodosky@sdc-atty.com
ARDC No. 6225948

## CERTIFICATE OF SERVICE

Katherine A. Rodosky, an attorney, certifies that the foregoing Motion to Withdraw, was served upon plaintiff's counsel as listed below, by the court's electronic case filing (ECF) system on this April 21, 2026.

**Yasmeen H. Elagha, Esq.**
Atlas Law Center - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Email: yelagha@atlaslawcenter.com

/s/ *Katherine A. Rodosky*

Page 2 of 2